IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **JOHN T. BROOKS** | : | **CHAPTER 13** |
| **Debtor** | : | **BANKRUPTCY NO. 07-10611** |

**ORDER SUR DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY LITTON LOAN SERVICING, L.P. AS SERVICER FOR THE MORTGAGEE OF RECORD ("LITTON")**

AND NOW, this _____ day of December, 2007, it is hereby ORDERED as follows:

1. The Objections are SUSTAINED.

2. The Claim filed by Litton Loan Servicing, L.P. as servicer for the Mortgagee of Record, is STRICKEN in its entirety.

_____