## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| JOHN T. BROOKS, | : | |
| Debtor. | : | Case No. 07-10611  (JKF) |
| _____ | | |

## ORDER

This 31st day of July 2008, upon consideration of Homecomings Financial, LLC's, f/k/a Homecomings Financial Network, Inc., Assignee of National City Home Loan Services, f/k/a Altegra Credit Company, Assignee of Gelt Financial Corporation ("Homecomings") Brief as to Validity of State Court Judgment and in Support of Motion for Relief (the "Brief") and the Debtor's Response thereto;

It is hereby **ORDERED** and **DECREED** that:

1. The Motion for Relief from the Automatic Stay, filed by Homecomings Financial, LLC on March 14, 2008 is **DENIED**.

2. The Objection to Proof of Claim number 9, filed on March 11, 2008, is **SUSTAINED**.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

**John T. Brooks**
4266 Parkside Avenue
Philadelphia, PA  19104

**David A. Scholl, Esquire**
Regional Bankruptcy Center of SE PA
Law Office of David A. Scholl
6 St. Albans Avenue
Newtown Square, PA  19073

**Peter Mulcahy, Esquire**
Phelan Hallinan & Schmieg, LLP
One Penn Center at Suburban Station
1617 John F. Kennedy Boulevard, Suite 1400
Philadelphia, PA  19103-1814