IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| JOHN T. BROOKS, | : | |
| Debtor. | : | Case No. 07-10611 (JKF) |
| _____ | | |

# ORDER

This 27th day of January, 2009, the Debtor's Objection to the Claim of Law & Zaslow is **granted**. The Proof of Claim of Law & Zaslow is disallowed as a late filed proof of claim.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

John T. Brooks
4266 Parkside Avenue
Philadelphia, PA  19104

David A. Scholl, Esquire
Regional Bankruptcy Center of SE PA
Law Office of David A. Scholl
6 St. Albans Avenue
Newtown Square, PA  19073

Jerry Zaslow, Esquire
One Penn Center, Suite 650
1617 JFK Boulevard
Philadelphia, PA 19103